UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

 

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

         - v -                     :     NOTICE OF INTENT TO
                                         FILE AN INFORMATION
Alejandro Santelises,              :

              Defendant.           :

- - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          June 12, 2007

          MICHAEL J. GARCIA
          United States Attorney

     By:  _____
          Julian J. Moore
          Assistant United States Attorney


     AGREED AND CONSENTED TO:

     By:  _____
          Osvaldo Gonzalez
          Attorney for Alejandro Santelises


JUDGE PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007