JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION

         - v. -
                                  :     07 Cr.  (RPP)
ALEJANDRO SANTELISES,             :

              Defendant.          :
- - - - - - - - - - - - - - - - - - - x    07 CRIM 525

## COUNT ONE

The United States Attorney charges:

1.  From at least in or about January 2003 through in or about April 2007, in the Southern District of New York and elsewhere, ALEJANDRO SANTELISES, the defendant, unlawfully, intentionally and knowingly did use, transfer, acquire, alter, and possess coupons, authorization cards, and access devices of a value of $5,000 and more in a manner contrary to the federal food stamp program, to wit, SANTELISES exchanged several hundred thousands of dollars of customers' food stamp benefits for cash at a Manhattan grocery store.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2; Title 18, United States Code, Section 2.)


                                   /s/ Michael J. Garcia
                                   MICHAEL J. GARCIA
                                   United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**- v. -**

**ALEJANDRO SANTELISES,**

**Defendant.**

---

**INFORMATION**

07 Cr.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2.)

MICHAEL J. GARCIA
United States Attorney.

---

June 12, 2007 (18)
Filed Waiver of Indictment and Information.
Deft. pres. w/ atty: Oswaldo Gonzales. AUSA: Julian Moore and Spanish Interp. present. Deft. pleads not guilty. Deft. cont'd released. Time excluded from 6/12/07 to 7/12/07.

Freeman, USMJ