UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :

        v.                                :

Alejandro Santelises,             :          07 Cr.  (RPP)

        Defendant.                :          07 CRIM 525

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        The above-named defendants, who are accused of violating Title 7, United States Code, Sections 2024(b)(1) and 2016, being advised of the nature of the charge and of their rights, hereby waive, in open Court, prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

     ~~Defendant~~                  _Alejandro R Santelises_
                                           Defendant

     ~~Witness~~                    Witness

     ~~Counsel for Defendant~~      Counsel for Defendant

Date: New York, New York
      June 12, 2007



0202