

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2007

**BY FACSIMILE**
The Honorable Robert P. Patterson
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Alejandro Santelises**
      **07 Cr. 526 (RPP)**

Dear Judge Patterson:

Enclosed please find a copy of the information in the above-referenced case. The defendant was presented and arraigned before the Honorable Debra C. Freeman, United States Magistrate Judge, on June 12, 2007. A pre-trial conference is scheduled before Your Honor on July 11, 2007 at 3:30 p.m.

The Government respectfully requests that the Court exclude time until the date of the next pre-trial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. The defendant consents to the Government's request.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By:  JULIAN J. MOORE
     Assistant United States Attorney
     (212) 637-2473

cc:   Osvaldo Gonzalez, Esq. (by facsimile)

*[Handwritten endorsement:]* Application granted in view of the judge's unavailability June 28 thru July 9, 2007. So ordered. Robt P Patterson 7/9/07

JUDGE PATTERSON

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA             :    INFORMATION

            - v. -                   :
                                          07 Cr.      (RPP)
ALEJANDRO SANTELISES,                :

            Defendant.               :
                                          07 CRIM. 525
- - - - - - - - - - - - - - - - - - -

### COUNT ONE

The United States Attorney charges:

1. From at least in or about January 2003 through in or about April 2007, in the Southern District of New York and elsewhere, ALEJANDRO SANTELISES, the defendant, unlawfully, intentionally and knowingly did use, transfer, acquire, alter, and possess coupons, authorization cards, and access devices of a value of $5,000 and more in a manner contrary to the federal food stamp program, to wit, SANTELISES exchanged several hundred thousands of dollars of customers' food stamp benefits for cash at a Manhattan grocery store.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2; Title 18, United States Code, Section 2.)

_____
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**ALEJANDRO SANTELISES,**

Defendant.

**INFORMATION**

07 Cr.

(Title 7, United States Code, Section 2024(b)(1); Title 7, United States Code, Section 2016; Title 7, Code of Federal Regulations, Section 278.2.)

MICHAEL J. GARCIA
United States Attorney.

June 12, 2007
Filed Waiver of Indictment and Information. Deft pres. w/atty: Oswaldo Gonzalez. AUSA Julian Moore and Spanish Interp present. Deft pleads not guilty. Deft cont'd released. Time excluded from 6/12/07 to 7/12/07.

Freeman, USMJ