

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 10, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

**BY FACSIMILE**
The Honorable Robert P. Patterson
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  United States v. Alejandro Santelises
     07 Cr. 526 (RPP)

Dear Judge Patterson:

A pre-trial conference is scheduled before Your Honor on July 11, 2007 at 3:30 p.m. Both parties respectfully request that this conference be adjourned until the week of August 20, 2007 during a date and time that is convenient for the Court.

The Government respectfully requests that the Court exclude time until the date of the next pre-trial conference, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial. Moreover, the parties are discussing a possible disposition to this case. The defendant consents to the Government's request.

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: /s/ Julian J. Moore
JULIAN J. MOORE
Assistant United States Attorney
(212) 637-2473

cc:  Osvaldo Gonzalez, Esq (by facsimile)

**MEMO ENDORSED**

Application denied. So Ordered.
Robert P. Patterson USDJ
7/10/07