UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                 :    MISDEMEANOR
                                         :    INFORMATION
       v.                                :
                                         :    S1 07 Cr. 525 (RPP)
ALEJANDRO SANTELISES,                    :
                                         :
                Defendant.               :
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

From at least in or about January 2003, through in or about April 2007, in the Southern District of New York and elsewhere, ALEJANDRO SANTELISES, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to his own use, money and things of value of the United States and a department and agency thereof, the value of which did not exceed $1,000, to wit, SANTELISES knowingly converted to his use money from the federal food stamp program, to which he was not entitled, through fraud and deceit.

(Title 18, United States Code, Sections 641 and 2.)

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 2 2007

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

ALEJANDRO SANTELISES,

Defendant.

---

**INFORMATION**

S1 07 Cr. 525 (RPP)

(Title 18, United States Code,
Sections 641 and 2.)

MICHAEL J. GARCIA
United States Attorney.

---

8/22/07 - Defendant present with attorney Gonzalez. AUSA Moore present. Court Interpreter D. Mintz present. Deft. appears + is arraigned on the information. Deft. enters plea of guilty. Allocution conducted. Court accepts plea, PSR ordered, sentence date set for 11/28/07 at 4PM. The defendant's bail is continued.

Patterson, J.

-2-